UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. SCONCE,<br><br>              Plaintiff,<br><br>    v.<br><br>GOVERNOR'S OFFICE, et al.,<br><br>              Defendants. | Case No. 23-cv-02711-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

      Plaintiff David W. Sconce has filed this 42 U.S.C. § 1983 civil rights action against the Office of the Governor of California and state government employees in Los Angeles for delaying his release from custody. (Compl., Dkt. No. 1 at 3.) His claims for the injunctive relief of being released from custody are DISMISSED because he was released on May 22, 2023. (*Id.*, Dkt. No. 1-2 at 1.)

      This civil rights action is DISMISSED without prejudice to Sconce filing his claims in the correct venue. His claims against the Governor's Office should be filed in the Eastern District, as that is where the Governor's Office is located. His claims against Los Angeles officials should be filed in the Central District, as that is the district in which Los Angeles lies.

      The Clerk shall enter judgment in favor of defendants, and close the file.

      **IT IS SO ORDERED.**

**Dated:** June 7, 2023



WILLIAM H. ORRICK
United States District Judge